RECEIVED

AUG 3 0 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| JOHN C. COOKSEY, INDIVIDUALLY AND ON BEHALF OF COOKSEY FOR SENATE, A POLITICAL ACTION COMMITTEE | CIVIL ACTION NO. 04-1152 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THE FEDERAL ELECTION COMMISSION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling, together with the reasons stated in the Magistrate Judge's Report and Recommendation [Doc. No. 19] adopted by the Court herein, and after an independent *de novo* review of the entire record and written objections filed herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment [Doc. No. 9] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 30 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE